UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWIGHT BANKS, | ) | Case No. 3:19-cv-01927-MMA-NLS |
| Plaintiff, | ) ) ) | **ORDER RE: JOINT MOTION FOR DISMISSAL PURSUANT TO FRCP 41(a)** |
| v. | ) ) | |
| TIVOLI ENTERPRISES, INC. dba TIVOLI BAR, et. al. | ) ) | [Doc. No. 15] |
| Defendants. | ) ) ) | |

This Court, having reviewed the matter as stated above and finding good cause therefor, **GRANTS** the joint motion, and orders this matter **DISMISSED** in its entirety, **with prejudice**, in accordance with the terms set forth therein. The Court declines to retain jurisdiction over this matter for any purpose. The Clerk of Court shall terminate the case.

IT IS SO ORDERED.

Dated: April 9, 2020

MICHAEL M. ANELLO

United States District Judge